**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**NEWARK**

**Minutes of Proceedings**

**Judge: Hon. Esther Salas**

Court Reporter:  Mary Jo Monteleone

Deputy Clerk: Elisaveta Kalluci

Date: July 29, 2025

**Title of Case:**

U.S.A. v. KOFI EDWARDS

Docket No. **Cr. 14-110 (ES)**

**Appearances:**

Trevor Cheneweth, AUSA, for the govt.
Vincent Lapaglia, CJA, for the deft.

**Nature of Proceedings:**            TELEPHONE STATUS CONFERENCE

Teleconference on the record.
Defendant present.
Conference addressing counsel's request to adjourn the jury trial currently set on October 6, 2025 at 10:00 am for 90 days.
Govt. consented.
Defendant consented on the record to adjourn his jury trial.
Jury Trial is reset on February 9, 2025 at 10:00 am.

Time Commenced:   11:00 a.m.
Time Adjourned:       11:30 a.m.
Total Time:   30 Min.

Elisaveta Kalluci
Courtroom Deputy